# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| J. WILDERMAN AUTOPLEX CORPORATION, an Illinois corporation,<br><br>      **Plaintiff,**<br><br>vs.<br><br>DERRICK SPENCER NORTON,<br><br>      **Defendant,**<br>--------------------------------------------------------<br>DERRICK SPENCER NORTON,<br><br>      **Counterclaimant,**<br><br>vs.<br><br>J. WILDERMAN AUTOPLEX CORPORATION, and JAMES J. WILDERMAN,<br><br>      **Counter-Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)   Case No. 09-cv-154-PMF<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **JUDGMENT**

This action came to trial before the Court. The issues have been tried and a decision rendered.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that pursuant to the Court's Memorandum and Order (Doc. 91) entered July 22, 2010,

- Defendant/counterclaimant, Derrick Spencer Norton's Motion for Summary Judgment as to liability is denied,

- Counterclaimant J. Wilderman Autoplex Corporation's Motion for Summary Judgment is denied,

- the third party claims against James J. Wilderman are dismissed without prejudice for lack of service of process.

Having determined that the declaratory judgment issue in the Complaint was no longer in dispute, the Complaint is dismissed and the Court denies all relief.

**IT IS FURTHER ORDERED AND ADJUDGED** that pursuant to the Court's Findings of Fact and Conclusions of Law (Doc. 102) entered November 19, 2010, and the Court's Amended Findings of Fact and Conclusions of Law (Doc. 112) entered January 7, 2011, judgment is hereby entered against Counter-Defendant J. Wilderman Autoplex Corporation and in favor of Counter-Claimant Derrick Spencer Norton in the total amount of $31,549.51, consisting of $15,300.00 in attorney's fees, $4,780.68 in costs, and $11,468.83 owed under terms of the contract. Counter-Defendant J. Wilderman Autoplex Corporation shall take nothing from this action.

        **DATED:   January 10, 2011.**        **NANCY J. ROSENSTENGEL, CLERK**

                                                                             **By: s/Karen R. Metheney**
                                                                                     **Deputy Clerk**

**APPROVED:**

*s/ Philip M. Frazier*
**HON. PHILIP M. FRAZIER**
**UNITED STATES MAGISTRATE JUDGE**